

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00138-CV

**IN RE EL CABALLERO RANCH, INC.**
and Laredo Marine, LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

Delivered and Filed:  March 18, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On March 12, 2015, relators El Caballero Ranch, Inc. and Laredo Marine, LLC filed a petition for writ of mandamus and a motion for emergency relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 13-04-00108-CVL, styled *Grace River Ranch, LLC v. El Caballero Ranch, Inc. a/k/a El Caballero, LLC and Laredo Marine, LLC v. Robert W. Brittingham*, pending in the 218th Judicial District Court, La Salle County, Texas, the Honorable Stella Saxon presiding.